```
                                                              JS-6
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOSEPH CHOU, Representative of the Estate of Peyjen Chou, | **Case No: CV 06-5683 GAF (MANx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN E. POTTER, Postmaster General of the United States Postal Service, | Hon. Gary Allen Feess<br>United States District Judge |
| Defendant. | |

On Tuesday, May 25, 2010, a jury trial commenced in this disability-based employment discrimination suit brought pursuant to The Rehabilitation Act (29 U.S.C. §§ 791 *et seq.*) by Plaintiff Joseph Chou, Representative of the Estate of Peyjen Chou, as against Defendant John E. Potter, Postmaster General of the United States Postal Service. A jury was empanelled and sworn on the first day of trial, and counsel for the parties gave opening statements. Trial continued for four subsequent court days in which witnesses for both parties were called, sworn and testified, and exhibits were identified and admitted. On Tuesday, June 1, 2010, counsel for the parties made closing arguments. The jury was then instructed and began their deliberations. The jury reached unanimous verdicts in favor of Defendant with regard to each of Plaintiff's three claims of disability-based employment discrimination: (1) Failure to Provide Reasonable Accommodation (29 U.S.C. § 791(g), 42 U.S.C. § 12112(b)(5)); (2) Retaliation for Prior Protected Activity (42 U.S.C. § 2000e-3); and (3) Interference, Coercion or Intimidation for Exercising Disability Rights (42 U.S.C. § 12203(b)).

The Court, having accepted and entered the jury's unanimous verdicts, hereby enters judgment in favor of Defendant John E. Potter, Postmaster General of the United States Postal Service.

**IT IS SO ORDERED AND ADJUDGED.**

**Dated this 23rd day of the month of June 2010.**

_____
**THE HONORABLE GARY ALLEN FEESS**
UNITED STATES DISTRICT JUDGE